The Kantrow Law Group, PLLC
Attorneys for Debtors
Fred S. Kantrow, Esq.
Hailey L. Kantrow, Esq.
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
516 703 3672
fkantrow@thekantrowlawgroup.com

UNITED STATES BANKRUPTCY COURT  RETURN DATE: **10/25/21**
EASTERN DISTRICT OF NEW YOKR  TIME: **10:00 a.m.**
------------------------------------------------------------x
In re:

    LUCKY STAR-DEER PARK, LLC,  Chapter 11
                                                       Case No.: 20-73301-reg
                                       Debtors.  Jointly Administered
------------------------------------------------------------x

**NOTICE OF DEBTOR'S APPLICATION PURSUANT TO RULE 9019
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
<u>SEEKING ENTRY OF AN ORDER APPROVING STIPULATION</u>**

**PLEASE TAKE NOTICE** that Queen Elizabeth Realty Corp., one of the jointly administered debtors (the "Debtor") herein, shall move before the Hon. Robert E. Grossman, United States Bankruptcy Judge, on **OCTOBER 25, 2021 at 10:00 a.m.** or as soon thereafter as counsel may be heard, for the entry of an Order, substantially in the form of the proposed Order annexed hereto, approving a certain settlement agreement (the "Settlement Agreement") entered into by and between the Debtor and Christopher Bangs ("Bangs"), pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") at the United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11722 in Courtroom 860 pursuant to and consistent with the COVID-19 National Emergency Procedures as set forth on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the application must conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court, as modified by any administrative orders entered in this case, and be filed with the Bankruptcy Court electronically in accordance with the Administrative Orders of this Court, by registered users

of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, Microsoft Word, DOS text (ASCII) or a scanned image of the filing, with a hard copy delivered directly to Chambers, and be served in accordance with the Administrative Orders of this Court, and upon: (i) counsel to the Debtor, The Kantrow Law Group, PLLC, 6901 Jericho Turnpike, Suite 230, Syosset, New York 11791; and (ii) the Office of the United States Trustee, 560 Federal Plaza, Central Islip, New York 11722, so as to be received by no later than 4:00 p.m. (prevailing Eastern time) on **October 18, 2021.**

**PLEASE TAKE FURTHER NOTICE** that only those objections that have been timely filed may be considered by the Court.

Dated: Syosset, New York
September 22, 2021

           The Kantrow Law Group, PLLC
           Attorneys for Debtor

BY:   <u>S/Fred S. Kantrow</u>
       Fred S. Kantrow
       6901 Jericho Turnpike, Suite 230
       Syosset, New York 11791
       516 703 3672
       fkantrow@thekantrowlawgroup.com