UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

LUCKY STAR-DEER PARK LLC,

                Debtor.

Case No. 20-73301-reg
Chapter 11

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE**, that pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and 11 U.S.C. §§ 102(1) and 1109(b), the undersigned attorney appears for Thor 377 Carlls Path LLC, who is an Interested Party in the above-captioned case.

**NOTICE IS HEREBY GIVEN** that Steven J. Cohen, Esq. requests that all notices given or required to be given in the above-captioned proceeding, including but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who filed with the Court and request that all notices be mailed, given to, and served upon Steven J. Cohen, Esq. at the following office address:

                Wachtel Missry LLP
                885 2nd Avenue, 47th FL.
                New York, NY 10017

**NOTICE IS HEREBY GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telecopies, telex or otherwise, that affects the above-captioned Debtor, the Trustee or the property of such Debtor, or the Debtor's estate.

{000263-492/00373938-1}

Dated: New York, New York
January 12, 2023

**WACHTEL MISSRY LLP**

By: *s/ Steven J. Cohen*
Steven J. Cohen, Esq.
One Dag Hammarskjold Plaza
885 Second Avenue, 47th Fl.
New York, New York 10017
Tel: (212) 909-9505
cohen@wmllp.com
*Attorneys for Interested Party,*
*Thor 377 Carlls Path LLC*