

U.S. Department of Justice
Office of the United States Trustee
Region 2

*Eastern* District of *New York*

IN RE: *LUCKY STAR-DEER PARK, LLC*

}
}
}
}
}
}

**CHAPTER 11**

CASE NO. *20-73301-Reg*

**DEBTOR.**

---

### DEBTOR'S POST-CONFIRMATION
### MONTHLY OPERATING REPORT
### FOR THE PERIOD
FROM *June 1, 2023* TO *June 30, 2023*

Comes now the above-named debtor and files its Post-Confirmation Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

**In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed:: *S/ Jeffrey Wu*

*Jeffrey Wu*
Print Name

*Managing Member*
Title

Date: *7/20/23*

Debtor's Address
and Phone Number:

*N/A*

Tel. _____

Attorney's Address
and Phone Number:

*732 Smithtown Bypass*
*Suite 101 Smithtown NY 11787*

Bar No.
Tel. *516 703 3672*

Note: The original Monthly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | X | |
| | *No further distributions liquidated debtor* | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? *N/A* | | X |
| 2. | Are all premium payments current? | | X |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| *N/A Debtor liquidated* | | | |
| | | | |
| | | | |

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| *Debtor has been liquidated* |
| Estimated Date of Filing the Application for Final Decree: *8/1/23* |

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| Case Name: | Luck Star-Deer Park LLC |
|---|---|
| Case Number: | 20-7339LNPG |
| Date of Plan Confirmation: | 1/17/23 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Monthly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ N/A | $ N/A |
| 2. | **INCOME or RECEIPTS during the Period** | $ N/A | $ N/A |
| 3. | **DISBURSEMENTS** | | |
| a. | **Operating Expenses (Fees/Taxes):** | | |
| (i) | U.S. Trustee Quarterly Fees | $ N/A | $ N/A |
| (ii) | Federal Taxes | N/A | N/A |
| (iii) | State Taxes | N/A | N/A |
| (iv) | Other Taxes | N/A | N/A |
| b. | **All Other Operating Expenses:** | $ N/A | $ N/A |
| c. | **Plan Payments:*** | N/A | N/A |
| (i) | Administrative Claims | $ N/A | $ N/A |
| (ii) | Class One | N/A | N/A |
| (iii) | Class Two | N/A | N/A |
| (iv) | Class Three | N/A | N/A |
| (v) | Class Four | N/A | N/A |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ N/A | $ N/A |
| 1. | **CASH (End of Period)** | $ N/A | $ N/A |

\* This includes any and all disbursements made under the plan of reorganization or in the ordinary course
of the reorganized debtor's post-confirmation business, whether the disbursements are made
through a trust, by a third party, or by the reorganized debtor.

# CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | NONG | | | |
| Account Number: | | | | |
| Purpose of Account (Operating/Payroll/Tax) | | | | |
| Type of Account (e.g. checking) | | | | |
| | | | | |
| 1. **Balance per Bank Statement** | | | | |
| 2. **ADD**: Deposits not credited | | | | |
| 3. **SUBTRACT**: Outstanding Checks | | | | |
| 4. Other Reconciling Items | | | | |
| 5. **Month End Balance** (Must Agree with Books) | | | | |

**Note:** Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:** Attach copy of each investment account statement.

*Debtor liquidated*